# DECLARATION OF JOHN GIBSON

I, John Gibson, declare:

1.     At all times herein mentioned I am and have been an attorney-at-law duly licensed to practice in the State of California, and am an attorney with Law Offices of John Gibson PC.

2.     I previously represented Varun Aggrawal. Mr. Aggrawal hired me to contact his former employer, KBS, in attempt to negotiate a return of any KBS money in his possession.

3.     On April 8 and 14, 2022, I left messages for James Chiboucas, Esq., Chief Legal Officer, of KBS. No return call was received.

4.     On April 25, 2022, I spoke with Matt Cowan of O'Melveny & Myers LLP, an attorney for the Audit Committee of KBS Real Estate Investment Trust II and KBS Real Estate Investment Trust III ("KBS Trusts"), about Mr. Aggrawal's potential participation in an investigation undertaken by the KBS Trusts.

5.     On April 27, 2022 I called On April 29, 2022, I emailed Steven Olson of O'Melveny & Myers LLP regarding the KBS Trusts and to follow-up on my desire to include KBS' attorney in the discussions.

6.     On April 29, 2022, I scheduled a call with Priya Sopori of Greenberg Glusker LLP, attorneys for KBS for May 2, 2022.

7.     On May 2, 2022, I spoke with Ms. Sopori who indicated KBS was "a couple weeks" from finishing their investigation into the matter and that she would be in contact when that was completed.

8.     On May 26, 2022, I sent a follow-up email to Ms. Sopori to inquire on the status of their investigation and attempting to setup a phone conversation to further discuss and, hopefully, settle the matter. Several other follow-up calls were made. No replies were received.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Dated: March 30, 2023

   _____
   John Gibson