*Brian Alper*
*33691 Blue Lantern, Unit B*
*Dana Point, CA  92629*

October 19, 2023

Honorable Cormac J. Carney
Ronald Regan Federal Bldg., United States Courthouse
411 West Fourth Street
Courtroom 9 B
Santa Ana, CA  92701-4516

Your Honor,

I met Varun Aggarwal at the Thursday night meeting of Gamblers Anonymous held at Mariners Church in Irvine.

Varun, from day one, attended weekly Gamblers Anonymous meetings with humility, remorse for his actions, and an open mind toward recovery. He stayed after the meetings to fellowship and exchanged phone numbers with others. He shared his truth, and many thanked him for his honesty, humility, and vulnerability. He attends several meetings per week and works the steps daily. This involves scores of writing assignments and one-on-one meetings and requires the most introspection a person will ever experience. Twelve-step meetings, through the promise of anonymity and connecting with others who have successfully arrested a compulsion, continue to be a leading mode of therapy to recover from addiction. I attend 5-7 meetings per week and have maintained my abstinence for over 7 years. Varun, as well, has maintained abstinence since attending his very first meeting.

At the suggestion of his therapist, Varun was told to get a sponsor. I serve in that role, and Varun has followed my direction to the letter. I know he has a tough road ahead, but if he continues to work his program to the best of his ability and has the 12 Steps as a "design for living" he can be successful in his recovery. This includes helping others—our twelfth step—which Varun has already begun to practice. Not only can he recover from this insidious addiction, but he can become a role model for countless others.

Varun's work is already well underway. He is tremendously remorseful for his poor decisions and behavior and actively seeks to make amends to those he has hurt. We have spent many hours together discussing issues from his past that led to his current circumstances and I assure you that he is a changed man. Not only do I feel that he has truly learned from his mistakes, but I think he will be a great example to others.

Thank you, your honor, for reading my letter, and please, if I may give further insight into Varun's progress in our program, feel free to call me directly at (714) 293-7952.

Warmest regards,

Brian Alper

*Darsh Aggarwal*
*8 Morris Road*
*Irvine, CA  92620*

October 14, 2023

Honorable Cormac J. Carney
United States District Court
Central District of California, Southern Division
Ronald Regan Federal Building & U.S. Courthouse
411 West Fourth Street
Courtroom 9 B
Santa Ana, CA  92701-4516

Your Honor,

My name is Darsh Aggarwal and Varun Aggarwal is the son of my younger brother. I am an immigrant from India, and I came to this country in 1969 to pursue a master's degree in engineering. I became a U.S. Citizen in 1977 and sponsored my brother and his family to come to the U.S. as well. Varun was 8 years old at the time. My brother and his wife did not have much money when they came here and could only afford a 1-bedroom subsidized apartment. One of the conditions was that only three people could live there, 2 adults and 1 child and since their younger son was only 2 years old, we agreed that Varun would live with me and my family.

Varun lived with us for 2 years and was a well-behaved, pleasurable child. I mentored him and guided him as if he were my son. He was very bright and was quite good at school. Once my brother was able to secure a larger home, Varun returned to his family and was raised in Irvine, California. He attended University High School where he received mostly A's and B's, then went on to attend 2 junior colleges in Orange County. He excelled in academics and was able to transfer to USC after just 1 year, where he received his degree in accounting. Varun had a successful career, married a wonderful woman from India, and had two wonderful sons. I was shocked when I learned of his current legal troubles.

Ours is an extremely close-knit family. Three years ago, I was diagnosed with Parkinson's Disease. When Varun found out, he became very concerned. He began bringing us food, would come to take me for walks several times per week, and checked in with me regularly. He was always very reliable, and I knew if I asked him for anything, he would be there immediately with whatever I needed. My Parkinson's has gotten worse over the past six months, and I have had four rather serious falls. During one of my falls, I hit my head and had to be admitted to Hoag Hospital. Varun came to see me every day and when I was released to a rehab facility, he came every other day. In addition, he helped my wife quite a bit, as she was very overwhelmed.

Varun has always been a very loving, honest, and respectful person. I have been going to the same temple for over 50 years and since his troubles began, Varun has been joining me several times per week. He volunteers, helps with the set-up and cleanup, and helps serve food. He has become very dedicated to God and his faith. Varun is humbled and extremely remorseful. He is eager to make restitution and understands that there needs to be some form of punishment. He has never been in trouble before and he will do anything in his power to make things right. Thank you for your time and consideration.

With much appreciation,

Darsh Aggarwal

29 Rhode Island<br>
Irvine, CA  92606<br>
DeepakSharma.usa@outlook.com

October 3, 2023

Honorable Cormac J. Carney
United States District Court
Central District of California, Southern Division
Ronald Regan Federal Building & U.S. Courthouse
411 West Fourth Street, Courtroom 9 B
Santa Ana, CA  92701-4516

Your Honor,

I serve as President of Mandir, a Hindu Temple located in Irvine, California. I have known the Aggarwal family for many years, as they attend this temple, and Varun in particular who has become active in the past 3-4 years.

The CFO of our temple was looking for an assistant about a year ago and Varun volunteered immediately. He helps with all the day-to-day financial issues, including coordinating with vendors, drafting invoices and getting them paid, getting estimates for any work that needs to be performed at the facility, and scheduling such work. In addition, he volunteers and helps with our worship services, including the setting up of events, taking down and cleaning up afterward, and helping with food.

I had no idea of Varun's legal issues. He came to me on his own, after he had been arrested, to tell me of his troubles. He was very honest and transparent with me and asked me if I wanted to remove him from his duties within the temple. I felt it took a great deal of courage to come to me the way he did, and I believe that everyone deserves forgiveness. Plus, he was doing a terrific job and I had no reason to doubt his abilities or honesty. He is very repentant and sets an example for the other men in our temple. There is nothing he won't do to help – no job is beneath him. He will do dishes, vacuum the floors, stack chairs and he has never said no to anything that has been asked of him. He is that humble.

Varun explained to me that his childhood was very focused on money. His family immigrated when he was very young, and they did not have a lot of money. They struggled, and he felt a deep responsibility to provide for them and make up for the things they could not afford when he was growing up. He got caught up in materialism, but when he realized what he was doing was wrong, he went to his employer to explain it and make it right. To this day he feels a tremendous amount of shame and guilt and just wants to make things right. He made some very poor choices

but is willing to accept whatever consequences the court sees fit. Thank you for allowing me to speak on his behalf.

Yours Truly,

Deepak Sharma

Dr. Arun Gupta
12702 Sierra Creek Drive
Riverside, CA 92503

October 16, 2023

Honorable Cormac J. Carney
United States District Court
Central District of California, Southern Division
Ronald Regan Federal Building & U.S. Courthouse
411 West Fourth Street
Courtroom 9 B
Santa Ana, CA 92701-4516

Your Honor,

I write this letter in support of my friend, Varun Aggarwal. When I immigrated to the United States in 1992, I was 14 years old and just entering high school. I was at a very awkward stage in my life. Varun and his family were already here. We became close friends and formed a strong connection early on. He showed me the American culture and helped me adjust to a new way of life. He truly helped me acclimate and become a "new American," and for over 30 years we have remained close.

Growing up, I often spent entire weekends at his house where we rode bikes, played video games, went bowling, and spent summer days at the pool. I remember those times very fondly. Our relationship has grown and evolved as we have moved through the various phases of our lives, including college, marriage, children, and careers.

In 2018, I was feeling a tremendous amount of pressure at work and had a bit of a breakdown. I was living in Riverside, working at a very busy dental practice, and became overwhelmed and filled with anxiety. During this period, Varun traveled to Riverside at least twice per week for a period to spend time with me. He talked with me and helped me get through this very stressful time. He would spend time playing with my kids, became my trusted confidant, offered advice, guided me, and provided valuable perspective. In short, he played a vital role in helping me overcome one of the most trying times of my life. I will always be eternally grateful for his kindness, support, and brotherhood. He made sure everyone was taken care of, including me.

His arrest was a tremendous shock. When it initially happened, he knew he had made mistakes. After several months he began to realize the gravity of what he had done and

became extremely remorseful. We spoke almost every night, and it was at this point I knew he had hit total rock bottom. He had always believed in God, but this experience took his faith to another level. Instead of making excuses or blaming others, he began to take ownership of his poor decisions and became committed to making amends and trying to live life differently.

Varun is especially devastated by the difficult position he has put his family in because they are all very dependent on him. He is more than willing to accept whatever punishment the court deems fit, but I respectfully ask you for leniency on his behalf. I know he will spend the rest of his life trying to make things right and believe with all my heart that he deserves the chance.

Respectfully,

Dr. Arun Gupta

Eddie Reese
22602 Cottonwood Circle
Lake Forest, CA 92630

October 3, 2023

Honorable Cormac J. Carney
United States District Court
Central District of California, Southern Division
Ronald Regan Federal Building & U.S. Courthouse
411 West Fourth Street
Courtroom 9 B
Santa Ana, CA 92701-4516

Your Honor,

  I currently hold the position of Store Manager at The Home Depot and hired Varun Aggarwal approximately 1 year ago as a sales representative in the Flooring & Décor department. He is in charge of all special-order, high-end flooring, and is responsible for upselling The Home Depot installation packages. His customer service is exceptional. He has such a way with people and is very good at building relationships.

  At The Home Depot, we pride ourselves on having the best customer service of anyone in a similar industry in the entire world. Varun is very impressive and what stood out the most to me first and foremost was his gentle, humble nature. He doesn't put on airs. Not only is he very educated, but he has a way of connecting with the customers that creates immediate trust. We encourage our customers to complete surveys and Varun began getting accolades in just his first month on the floor. He has no fear, and people are attracted to his no-nonsense, calm demeanor. He goes out of his way to help customers, is very knowledgeable, and has received several merit-based badges based on his superb customer service. We work as a team; bonuses are paid based on each department's overall sales. He embraces this concept wholeheartedly and is always trying to be of assistance to his fellow team members.

  Varun was very open with me when I hired him about his legal troubles. I believe that we all make mistakes, we all deserve a second chance and Varun epitomizes these values with his humble attitude, his work ethic, and his desire to do what is best for his family. He has never made any excuses for his behavior and acknowledged to me that he "screwed up big time". He has expressed to me his deep remorse and his desire to accept responsibility for his actions, take his punishment, and move on. I hire people for a living and have read people very well. I have never doubted his sincerity, I would hire him again in a second, and if he does have to go away for some time, I would hire him back once he completes his sentence. It is my sincere hope that you will find it in your heart to show him leniency at sentencing, as he is a good man, and is eager to put this all behind him and just live an honest, simple life with his family. Thank you for your time and if you should need anything else from me, please do not hesitate to contact me at (949) 356-2676.

Sincerely yours,

Eddie Reese

*[signature]*

29 Royal Grove
Irvine, CA 92620

October 18, 2023

Honorable Cormac J. Carney
United States District Court
Ronald Regan Federal Building & U.S. Courthouse
411 West Fourth Street
Courtroom 9 B
Santa Ana, CA 92701-4516

Dear Judge Carney,

    Varun Aggarwal is my son. Our family immigrated to the United States from India when Varun was 8 years old, for the opportunity for a better and safe life. My husband and I are not wealthy people but did our best to provide for all our children.

    We moved to Irvine in July, and Varun started the second grade one month later, in August. His English was not great, but he picked it up very quickly and adjusted to American life and culture fast. He made friends easily and was a very good student. Due to financial constraints, his father and I were not able to send him to a four-year college, but he attended Irvine Valley College and Orange Coast College for a year and was able to transfer to USC and pay for it through loans and scholarships.

    My husband has Pulmonary Sarcoidosis and has been disabled since 2013 and has been unable to work for several years. I suffer from Scoliosis which limits my mobility and restricts my ability to work as well. As a result, we live with Varun and his family, and he supports us. In addition to caring for us, he helped pay for his brother to go to college, has helped extended family members in India who struggle financially and even helped pay for his cousin's wedding. If anyone in the family ever needs anything, he is the one they call, and he never says no. He has such a kind and generous heart. He is very close to his kids, and they are his pride and joy. He just loves to play with them and spend time with them. He not only plays with his kids, but he plays with all of his nieces and nephews, and even the neighbor kids. He is happiest when he is around the children, and they all just adore him.

    When he first told me of his trouble with the law it was very upsetting for me. We have all shed many tears over Varun's behavior, but no one feels worse than Varun himself. He is so ashamed. He knows he has put the entire family in a very bad condition and has tremendous regret for what he has done. I know my son. He will do anything in his power to make up for what he has done and to make amends for those he has hurt. I beg you to please give him a chance to do just that. He has asked God for forgiveness, and his family as well. His father and I are not in good health and while I know there must be consequences for his actions, I respectfully ask for your mercy and grace when sentencing him.

Respectfully submitted,

*Renu Aggarwal*
Renu Aggarwal



Ronald Uggla, LMFT
724 Dodson Way
Arroyo Grande, CA. 93420
(805) 904-0031
September 26, 2023

To whom It may concern:

I began meeting with Varun Aggarwal January 27th, 2023 to assess the need for provision of mental health services. At the time of Varun's assessment he reported struggling with obsessive thoughts with compulsive behaviors and symptoms of anxiety; both of which were resulting in significant distress.

Varun was further diagnosed with Gambling Disorder, in early remission, which he is currently addressing by participating in Gamblers Anonymous and by attending adjunct sessions with a therapist who specializes in addiction disorders.

Since our initial meeting Varun has been an active participant in therapy, he has been working towards meeting established treatment goals, and has been utilizing learned therapeutic skills and strategies daily to support management of ongoing symptoms and behaviors.

Based on reported symptoms and behaviors Varun has been given the following diagnoses:

F42 Obsessive Compulsive Disorder, Unspecified, F41.8 Other Specified Anxiety Disorders, F60.0 Gambling Disorder, In early remission.

Ongoing sessions will focus on continuing to work with Varun in maintaining use of therapeutic skills and strategies learned, maintaining progress in treatment, and continuing to build healthy support systems.

Respectfully,

*Ronald Uggla, LMFT*

Ronald Uggla, LMFT

Ruby Aggarwal
29 Royal Grove
Irvine, CA 92620
Rubyagg82@gmail.com

October 17, 2023

Honorable Cormac J. Carney
United States District Court
Central District of California, Southern Division
Ronald Regan Federal Building & U.S. Courthouse
411 West Fourth Street
Courtroom 9 B
Santa Ana, CA 92701-4516

Your Honor,

I write to you as the wife of Varun Aggarwal, having witnessed the depths of his character for the nearly 12 years we have shared our lives together. I met Varun in 2010 through my cousin in India. He was a citizen of the U.S., and I was still living there with my family. We began talking, and I felt like I had known him my entire life. He was kind, humble, and extremely family-oriented, and the attraction was immediate. We became engaged and after my "fiancée" visa was granted in 2011, we married. Our lives were blessed by the births of our two sons who are now ages 9 and 5.

When I first learned of Varun's arrest, I was shocked. The charges are completely out of character for him, and to this day I have trouble wrapping my head around the fact that we are going through all this. It is undeniable that the gravity of his actions weighs heavily on our hearts, and we recognize the importance of accepting responsibility and atonement.

Varun is a loving, supportive, kind, and generous husband. He cares deeply for people, and he believes that family takes care of each other. Throughout our entire marriage Varun has helped my family in India. His unwavering support when my father was diagnosed with heart disease made it possible for my father to have open heart surgery, even though the surgery was not covered by insurance. Although my father recently passed away, Varun's support at that difficult time made it possible for us to have more precious time with my father. His parents have lived with us for most of our marriage. They are both in very poor health and suffer from extremely painful physical ailments. True to his character, Varun cares for them with the love and emotional support his parents need to get through every day.

In addition to being an amazing husband and son, Varun is an incredible father to our children. He has a deep, unconditional love for them. Our sons are his greatest joy, and their happiness, health, and well-being are his number one priority. Varun always makes time for our children and is actively involved in their daily lives and activities. Our older son has autism and struggles tremendously with social anxiety; Varun made sure our son has therapy and support to help him thrive. In countless ways, Varun is a wonderful role model. The way he cares for his parents and

mine has shown both boys the true importance of family and how important it is to take care of the ones you love, no matter the sacrifice.

When I first met Varun, I was captivated by his genuine heart and unwavering commitment to those he loved. Throughout the years, I have stood by his side, and in turn, he has stood firmly by mine. Our relationship is punctuated with countless memories of his kindness and his unyielding dedication to our families. I won't attempt to diminish the weight of his recent actions, but I plead with you to understand that they are not a full representation of the man I know and deeply love. It's in the quiet moments at home, the patience he shows our children, and the sacrifices he's made for our family that truly define him.

This challenging period has tested us, yet my commitment to him has never wavered. I love him unconditionally, and I promise to stand by him through his atonement and towards the path of redemption. Our families, our children, and I believe in his inherent goodness and hope that as you deliberate on the appropriate sentence for Varun, you will see him as the man I am proud to call my husband.

Very respectfully yours,

*Ruby Aggarwal*
Ruby Aggarwal

Suzanne Koch Eckenrode, LMFT, BACC, ICGCII, CCGCII
Marriage and Family Therapist, License: MFC# 43046
Phone: 619-405-6180
suzanne@suzanneforhelp.com
24953 Paseo de Valencia, Suite 24B
Laguna Hills, CA 92653

Client: Varun Aggarwal
DOB:  12/01/1981

Date: October 19, 2023

Your Honor:

I am an LMFT specializing in Disordered Gambling and trauma. I have seen client, Varun Aggarwal for an intake August 9, 2023, and seven outpatient psychotherapy visits since and plan to see him for continued biweekly sessions. He has also been an active member of the Gambler's Anonymous program, attending weekly meetings as his work schedule allows, and working the 12 steps with his sponsor. He sought therapy with me once he realized he had a gambling problem and reports being abstinent since November 13, 2022.

At his intake, client met full criteria for Gambling Disorder per the DSMV (312.31) a. Needs to gamble with increasing amounts of money in order to achieve the desired excitement. b. Is restless or irritable when attempting to cut down or stop gambling. c. Has made repeated unsuccessful efforts to control, cut back, or stop gambling. d. Is often preoccupied with gambling e. Often gambles when feeling distressed (e.g., helpless, guilty, anxious, depressed). f. After losing money gambling, often returns another day to get even ("chasing" one's losses). g. Lies to conceal the extent of involvement with gambling. h. Has jeopardized or lost a significant relationship, job, or educational or career opportunity because of gambling. i. Relies on others to provide money to relieve desperate financial situations caused by gambling. Mr. Aggarwal, like my other clients in the 22 years of working with problem gamblers, will do anything to continue gambling and usually cannot stop this progressive and powerful addiction until outside forces intervene.

Mr. Aggarwal appears to be going above and beyond in his recovery, trying to better himself, support his family, be a contributing member of society, and pay his restitution. He is gaining insight and perspective during our work, expressing deep remorse, and taking complete responsibility for his actions and their

consequences, learning and practicing new ways of coping and dealing with life and lessening old and defeating roles and defenses. He appears deeply committed to his family and community and appears willing to do whatever it takes to remain abstinent and moving forward in recovery and life.

Please let me know if I can provide further information on this matter.

Sincerely,

Suzanne Koch Eckenrode, LMFT, BACC