| # | Location & Meeting Type | Day, Date & Time |
|---|---|---|
| | **Alcoholics Anonymous (AA) Meetings** | |
| 1 | Fountain Valley (Hybrid Meeting) | Friday, July 14, 2023 @ 12pm |
| 2 | Fountain Valley (Hybrid Meeting) | Monday, July 24, 2023 @ 12pm |
| 3 | Fountain Valley (Hybrid Meeting) | Monday, July 31, 2023 @ 12pm |
| 4 | Fountain Valley (Hybrid Meeting) | Tuesday, August 8, 2023 @ 12pm |
| 5 | Fountain Valley (Hybrid Meeting) | Tuesday, August 15, 2023 @ 12pm |
| 6 | Fountain Valley (Hybrid Meeting) | Tuesday, August 22, 2023 @ 12pm |
| 7 | Fountain Valley (Hybrid Meeting) | Tuesday, August 29, 2023 @ 12pm |
| 8 | Fountain Valley (Hybrid Meeting) | Wednesday, September 6, 2023 @ 12pm |
| 9 | Fountain Valley (Hybrid Meeting) | Wednesday, September 13, 2023 @ 12pm |
| 10 | Fountain Valley (Hybrid Meeting) | Friday, September 22, 2023 @ 12pm |
| 11 | Fountain Valley (Hybrid Meeting) | Friday, October 13, 2023 @ 12pm |
| 12 | Fountain Valley (Hybrid Meeting) | Monday, October 16, 2023 @ 12pm |
| 13 | Fountain Valley (Hybrid Meeting) | Wednesday, October 18, 2023 @ 12pm |
| 14 | Fountain Valley (Hybrid Meeting) | Thursday, October 19, 2023 @ 12pm |
| 15 | Fountain Valley (Hybrid Meeting) | Thursday, October 26, 2023 @ 12pm |
| 16 | Fountain Valley (Hybrid Meeting) | Thursday, November 2, 2023 @ 12pm |
| 17 | Fountain Valley (Hybrid Meeting) | Friday, November 3, 2023 @ 12pm |
| 18 | Fountain Valley (Hybrid Meeting) | Tuesday, November 7, 2023 @ 12pm |
| 19 | Fountain Valley (Hybrid Meeting) | Wednesday, November 8, 2023 @ 12pm |
| 20 | Fountain Valley (Hybrid Meeting) | Monday, November 13, 2023 @ 12pm |
| 21 | Fountain Valley (Hybrid Meeting) | Monday, November 20, 2023 @ 12pm |
| 22 | Fountain Valley (Hybrid Meeting) | Wednesday, November 22, 2023 @ 12pm |
| 23 | Fountain Valley (Hybrid Meeting) | Monday, November 27, 2023 @ 12pm |
| 24 | Fountain Valley (Hybrid Meeting) | Thursday, November 30, 2023 @ 12pm |
| 25 | Fountain Valley (Hybrid Meeting) | Monday, December 4, 2023 @ 12pm |
| 26 | Fountain Valley (Hybrid Meeting) | Friday, December 8, 2023 @ 12pm |
| 27 | Fountain Valley (Hybrid Meeting) | Monday, December 11, 2023 @ 12pm |
| 28 | Fountain Valley (Hybrid Meeting) | Thursday, December 14, 2023 @ 12pm |
| 29 | Fountain Valley (Hybrid Meeting) | Monday, December 18, 2023 @ 12pm |
| 30 | Fountain Valley (Hybrid Meeting) | Wednesday, December 20, 2023 @ 12pm |
| 31 | Fountain Valley (Hybrid Meeting) | Wednesday, December 27, 2023 @ 12pm |
| 32 | Fountain Valley (Hybrid Meeting) | Thursday, December 28, 2023 @ 12pm |
| 33 | Fountain Valley (Hybrid Meeting) | Wednesday, January 3, 2024 @ 12pm |
| 34 | Fountain Valley (Hybrid Meeting) | Monday, January 8, 2024 @ 12pm |
| 35 | Fountain Valley (Hybrid Meeting) | Thursday, January 11, 2024 @ 12pm |
| 36 | Fountain Valley (Hybrid Meeting) | Tuesday, January 16, 2024 @ 12pm |
| 37 | Fountain Valley (Hybrid Meeting) | Wednesday, January 17, 2024 @ 12pm |
| 38 | Fountain Valley (Hybrid Meeting) | Monday, January 22, 2024 @ 12pm |
| 39 | Fountain Valley (Hybrid Meeting) | Tuesday, January 23, 2024 @ 12pm |
| 40 | Fountain Valley (Hybrid Meeting) | Monday, January 29, 2024 @ 12pm |
| 41 | Fountain Valley (Hybrid Meeting) | Thursday, February 1, 2024 @ 12pm |
| 42 | Fountain Valley (Hybrid Meeting) | Monday, February 5, 2024 @ 12pm |
| 43 | Fountain Valley (Hybrid Meeting) | Wednesday, February 7, 2024 @ 12pm |
| 44 | Fountain Valley (Hybrid Meeting) | Wednesday, February 14, 2024 @ 12pm |
| 45 | Fountain Valley (Hybrid Meeting) | Thursday, February 15, 2024 @ 12pm |
| 46 | Fountain Valley (Hybrid Meeting) | Friday, February 16, 2024 @ 12pm |
| 47 | Fountain Valley (Hybrid Meeting) | Monday, February 19, 2024 @ 12pm |
| 48 | Fountain Valley (Hybrid Meeting) | Tuesday, February 20, 2024 @ 12pm |
| 49 | Fountain Valley (Hybrid Meeting) | Wednesday, February 21, 2024 @ 12pm |

**NOTE:**
(1) In addition to the meetings at Fountain Valley (my home meeting), I also attend meetings on flying-sober.com which have meetings every hour on the hour. I was introduced to this website from another AA member. I have not tracked my attendance to these meetings since I attend them whenever I have some time (driving, lunch break).
(2) I share in every meeting, and I am actively involved in the AA community.
(3) I do the step work with my sponsor and attended step meetings.

| Gamblers Anonymous (GA) Meetings ||
|---|---|
| # | Location & Meeting Type | Day, Date & Time |
| 1 | Anaheim (Virtual Meeting) | Monday, August 14, 2023 @ 6pm |
| 2 | Newport Beach (In person) | Thursday, August 17, 2023 @ 7:30pm |
| 3 | Anaheim (Virtual Meeting) | Monday, August 21, 2023 @ 6pm |
| 4 | Newport Beach (In person) | Thursday, August 24, 2023 @ 7:30pm |
| 5 | Newport Beach (In person) | Thursday, August 31, 2023 @ 7:30pm |
| 6 | Mexico (Virtual Meeting) | Monday, September 4, 2023 @ 7:30pm |
| 7 | Newport Beach (In person) | Thursday, September 7, 2023 @ 7:30pm |
| 8 | Mexico (Virtual Meeting) | Monday, September 11, 2023 @ 7:30pm |
| 9 | Newport Beach (In person) | Thursday, September 14, 2023 @ 7:30pm |
| 10 | Mexico (Virtual Meeting) | Monday, September 18, 2023 @ 7:30pm |
| 11 | Newport Beach (In person) | Thursday, September 21, 2023 @ 6:00pm |
| 12 | Newport Beach (In person) | Thursday, September 21, 2023 @ 7:30pm |
| 13 | Mission Viejo (In person) | Tuesday, September 26, 2023 @ 7:00pm |
| 14 | Mission Viejo (In person) | Tuesday, October 3, 2023 @ 7:00pm |
| 15 | Newport Beach (In person) | Thursday, October 5, 2023 @ 7:30pm |
| 16 | Newport Beach (In person) | Thursday, October 12, 2023 @ 7:30pm |
| 17 | Mexico (Virtual Meeting) | Monday, October 16, 2023 @ 7:30pm |
| 18 | Newport Beach (In person) | Thursday, October 19, 2023 @ 7:30pm |
| 19 | Mission Viejo (In person) | Friday, October 27, 2023 @ 7:00pm |
| 20 | Newport Beach (In person) | Thursday, November 2, 2023 @ 7:30pm |
| 21 | Mexico (Virtual Meeting) | Monday, November 6, 2023 @ 6:30pm |
| 22 | Prescott, AZ (Virtual Meeting) | Wednesday, November 8, 2023 @ 6:30pm |
| 23 | Mexico (Virtual Meeting) | Monday, November 13, 2023 @ 6:30pm |
| 24 | Newport Beach (In person) | Thursday, November 16, 2023 @ 7:30pm |
| 25 | Mexico (Virtual Meeting) | Monday, November 20, 2023 @ 6:30pm |
| 26 | Prescott, AZ (Virtual Meeting) | Wednesday, November 22, 2023 @ 6:30pm |
| 27 | Newport Beach (In person) | Thursday, November 30, 2023 @ 7:30pm |
| 28 | Mexico (Virtual Meeting) | Monday, December 4, 2023 @ 6:30pm |
| 29 | Newport Beach (In person) | Thursday, December 7, 2023 @ 7:30pm |
| 30 | Mexico (Virtual Meeting) | Monday, December 11, 2023 @ 6:30pm |
| 31 | Newport Beach (In person) | Thursday, December 14, 2023 @ 7:30pm |
| 32 | Mexico (Virtual Meeting) | Monday, December 18, 2023 @ 6:30pm |
| 33 | Prescott, AZ (Virtual Meeting) | Wednesday, December 20, 2023 @ 6:30pm |
| 34 | Mexico (Virtual Meeting) | Monday, December 25, 2023 @ 6:30pm |
| 35 | Mexico (Virtual Meeting) | Monday, January 1, 2024 @ 6:30pm |
| 36 | Prescott, AZ (Virtual Meeting) | Wednesday, January 3, 2024 @ 6:30pm |
| 37 | Newport Beach (In person) | Thursday, January 11, 2024 @ 7:30pm |
| 38 | Mission Viejo (In person) | Friday, January 12, 2024 @ 7:00pm |
| 39 | Prescott, AZ (Virtual Meeting) | Wednesday, January 17, 2024 @ 6:30pm |
| 40 | Newport Beach (In person) | Thursday, January 18, 2024 @ 7:30pm |
| 41 | Prescott, AZ (Virtual Meeting) | Wednesday, January 24, 2024 @ 6:30pm |
| 42 | Newport Beach (In person) | Thursday, January 25, 2024 @ 7:30pm |
| 43 | Mexico (Virtual Meeting) | Monday, January 29, 2024 @ 6:30pm |
| 44 | Newport Beach (In person) | Thursday, February 1, 2024 @ 7:30pm |
| 45 | Mexico (Virtual Meeting) | Monday, February 5, 2024 @ 6:30pm |
| 46 | Online @ https://gamblersinrecovery.com/ (Virtual Me | Saturday, February 10, 2024 @ 2pm |
| 47 | Mexico (Virtual Meeting) | Monday, February 12, 2024 @ 6:30pm |
| 48 | Prescott, AZ (Virtual Meeting) | Wednesday, February 14, 2024 @ 6:30pm |
| 49 | Mexico (Virtual Meeting) | Monday, February 19, 2024 @ 6:30pm |
| 50 | Prescott, AZ (Virtual Meeting) | Wednesday, February 21, 2024 @ 6:30pm |
| 51 | Newport Beach (In person) | Thursday, February 22, 2024 @ 7:30pm |

**NOTE:**
(1) I share in every meeting, and I am actively involved in the GA community. I have led meetings, and I have been the speaker of many meetings.
(2) I was voted anonymously to be the meeting leader for the biggest GA meeting in Orange County at Mariners Church which had a 6-month commitment. However, due to uncertainty surrounding my sentencing, I could not take on the role at that time. However, I am fully committed to becoming the meeting leader as soon as I am able.
(3) I do the step work with my sponsor and attended step meetings.

| # | Addiction Therapy | |
|---|---|---|
| | **Provider & Meeting Type** | **Day, Date & Time** |
| 1 | Suzanne Koch Eckenrode (Virtual Meeting) | Wednesday, August 9, 2023 |
| 2 | Suzanne Koch Eckenrode (Virtual Meeting) | Tuesday, August 22, 2023 @ 10am |
| 3 | Suzanne Koch Eckenrode (In person) | Friday, September 1, 2023 @ 3pm |
| 4 | Suzanne Koch Eckenrode (Virtual Meeting) | Thursday, September 7, 2023 @ 2pm |
| 5 | Suzanne Koch Eckenrode (In person) | Thursday, September 21, 2023 @ 2pm |
| 6 | Suzanne Koch Eckenrode (In person) | Thursday, September 28, 2023 @ 2pm |
| 7 | Suzanne Koch Eckenrode (In person) | Thursday, October 12, 2023 @ 2pm |
| 8 | Suzanne Koch Eckenrode (In person) | Thursday, October 19, 2023 @ 2pm |
| 9 | Suzanne Koch Eckenrode (In person) | Thursday, November 2, 2023 @ 2pm |
| 10 | Suzanne Koch Eckenrode (In person) | Monday, November 13, 2023 @ 10am |
| 11 | Suzanne Koch Eckenrode (In person) | Monday, November 27, 2023 @ 10am |
| 12 | Suzanne Koch Eckenrode (In person) | Monday, December 11, 2023 @ 10am |
| 13 | Suzanne Koch Eckenrode (In person) | Monday, January 8, 2024 @ 1pm |
| 14 | Suzanne Koch Eckenrode (In person) | Thursday, January 25, 2024 @ 12pm |
| 15 | Suzanne Koch Eckenrode (Virtual Meeting) | Thursday, February 8, 2024 @ 12pm |
| 16 | Suzanne Koch Eckenrode (In person) | Thursday, February 15, 2024 @ 2pm |

**NOTE:**
**Completed** the California Department of Public Health, Office of Problem Gambling treatment program for gambling disorder called California Gambling Education and Treatment Services (CalGETS). It consisted of 16 sessions.

| # | Mental Health Therapy | |
|---|---|---|
| | **Provider & Meeting Type** | **Day, Date & Time** |
| 1 | Ronald Uggla (Virtual Meeting) | Friday, January 27, 2023 |
| 2 | Ronald Uggla (Virtual Meeting) | Tuesday, January 31, 2023 |
| 3 | Ronald Uggla (Virtual Meeting) | Thursday, February 9, 2023 |
| 4 | Ronald Uggla (Virtual Meeting) | Tuesday, February 14, 2023 |
| 5 | Ronald Uggla (Virtual Meeting) | Thursday, March 9, 2023 |
| 6 | Ronald Uggla (Virtual Meeting) | Thursday, March 16, 2023 |
| 7 | Ronald Uggla (Virtual Meeting) | Wednesday, March 22, 2023 |
| 8 | Ronald Uggla (Virtual Meeting) | Friday, April 7, 2023 |
| 9 | Ronald Uggla (Virtual Meeting) | Wednesday, April 19, 2023 |
| 10 | Ronald Uggla (Virtual Meeting) | Thursday, May 4, 2023 |
| 11 | Ronald Uggla (Virtual Meeting) | Thursday, May 18, 2023 |
| 12 | Ronald Uggla (Virtual Meeting) | Wednesday, May 31, 2023 |
| 13 | Ronald Uggla (Virtual Meeting) | Monday, June 12, 2023 |
| 14 | Ronald Uggla (Virtual Meeting) | Friday, June 23, 2023 |
| 15 | Ronald Uggla (Virtual Meeting) | Thursday, June 29, 2023 |
| 16 | Ronald Uggla (Virtual Meeting) | Thursday, August 3, 2023 |
| 17 | Ronald Uggla (Virtual Meeting) | Tuesday, August 15, 2023 |
| 18 | Ronald Uggla (Virtual Meeting) | Thursday, August 31, 2023 |
| 19 | Ronald Uggla (Virtual Meeting) | Thursday, September 14, 2023 |
| 20 | Ronald Uggla (Virtual Meeting) | Wednesday, September 27, 2023 |
| 21 | Ronald Uggla (Virtual Meeting) | Wednesday, October 11, 2023 |
| 22 | Ronald Uggla (Virtual Meeting) | Thursday, October 26, 2023 |
| 23 | Ronald Uggla (Virtual Meeting) | Wednesday, November 8, 2023 |
| 24 | Ronald Uggla (Virtual Meeting) | Tuesday, November 21, 2023 |
| 25 | Ronald Uggla (Virtual Meeting) | Friday, December 8, 2023 |
| 26 | Ronald Uggla (Virtual Meeting) | Thursday, December 21, 2023 |
| 27 | Ronald Uggla (Virtual Meeting) | Wednesday, January 3, 2024 |
| 28 | Ronald Uggla (Virtual Meeting) | Thursday, January 18, 2024 |
| 29 | Ronald Uggla (Virtual Meeting) | Thursday, February 1, 2024 |
| 30 | Ronald Uggla (Virtual Meeting) | Wednesday, February 14, 2024 |