

ASSOCIATE HOMER AWARD
# CONGRATULATIONS!

We would like to recognize your contribution to The Home Depot and can't thank you enough for continuing to exemplify our core values!

Associate Name: **VARUN – D59**

Associate ID: _____

Store Number: **6668**

Core Value Demonstrated: **EXCELLENT CUSTOMER SERVICE**

Thank you for **YOUR AWESOME SERVICE WITH OUR CUSTOMERS RESULTING IN A PERSONAL LETTER TO OUR STORE MGMT. – GREAT JOB!**

Awarded by: **GREG – STR MGR    EDDIE – SASM**

Date: **2-13-2023**

After completing, please remove the duplicate copy and present the original to the Associate. Enter this award into the OrangeAwards website (livetheorangelife.com > OrangeLife Advantage > OrangeAwards) using the duplicate copy.

In Canada? Access OrangeAwards via myApron > Canada > myHR Canada > My Action Center > OrangeAwards. If this is your first-time login, your username will be your Associate ID and your password will be "homedepot." After your initial login, you will choose a new password.

H-0533BA4



ASSOCIATE HOMER AWARD
# CONGRATULATIONS!

We would like to recognize your contribution to The Home Depot and can't thank you enough for continuing to exemplify our core values!

Associate Name: VARUN AGGARWAL

Associate ID: 200875571

Store Number: 6668

Core Value Demonstrated: EXCELLENT CUSTOMER SERVICE

Thank you for YOUR CONTRIBUTION IN KEEPING THE TILE AISLE (8) & AISLE 9 TO THE HIGHEST STANDARDS

Awarded by: GREG TAMILLO - SPECIALTY SUPERVISOR

Date: 3/20/23

Want to share this accomplishment with friends and family? Post on social media using **#HomerAwards!**

After completing, please remove the duplicate copy and present the original to the associate. Enter this award into the **OrangeAwards** website (livetheorangelife.com > OrangeAwards) using the duplicate copy.

In Canada? Access **OrangeAwards** via myApron > Canada > myHR Canada > My Action Center > **OrangeAwards**. If this is your first-time login, your username will be your associate ID and your password will be "homedepot." After your initial login, you will choose a new password.

H-097BBCB



ASSOCIATE HOMER AWARD

# CONGRATULATIONS!

We would like to recognize your contribution to The Home Depot and can't thank you enough for continuing to exemplify our core values!

Associate Name: VARUN AGGARWAL

Associate ID: _____

Store Number: 6668 - LAKE FOREST

Core Value Demonstrated: EXCELLENT CUSTOMER SERVICE

Thank you for TAKING CARE OF OUR CUSTOMERS & PROVIDING EXCELLENT SERVICE! CUSTOMER STATED THAT YOUR SERVICE WAS AMAZING!

Awarded by: EDDIE - SASM & GREG - D.S.

Date: 7-24-2023

Want to share this accomplishment with friends and family? Post on social media using #HomerAwards!

After completing, please remove the duplicate copy and present the original to the associate. Enter this award into the OrangeAwards website (livetheorangelife.com > OrangeAwards) using the duplicate copy.

In Canada? Access OrangeAwards via myApron > Canada > myHR Canada > My Action Center > OrangeAwards. If this is your first-time login, your username will be your associate ID and your password will be "homedepot." After your initial login, you will choose a new password.

H-09BBE28



CONGRATS! EDDIE

Stupendous! —JO

**THANK YOU...**

We appreciate your dedication to The Home Depot. By upholding our values, you're helping to create the culture and success that allows us to better serve our customers.

Great Job! Josh

Excellent Work! —Jordan



Congrats!! Wayne

Congrats! -Powell

Awesome! Taylor

Excellent job Cindy

Good Job! —Julie

Congrats! —Andrew

Great job Christina

WOOT WOOT! GREAT #3

**GREAT VALUES DESERVE GREAT AWARDS**

With this badge, you will also receive a cash award on an upcoming paycheck. For more award information, log on at **livetheorangelife.com > OrangeAwards.**

Congratulations on achieving this milestone award—another example of our Orange Advantage! Remember to share your success on social media with **#HomerAwards.**

2-8-23

Store Manager-

I wanted to bring to your attention one of your employees whom I would like to commend. His name is Varun and he helped me and my family with flooring these past few days. I certainly appreciate the time he spent with us and his degree of knowledge relating to flooring.

He was very informative, helpful, and again, he knew the products very well. He assisted us with getting our house set up with custom flooring.

Essentially, it was because of Varun's attention to detail what made us decide on Home Depot as opposed to other alternatives.

Please extend our appreciation to him and commend him for a job well done.

Customer Eric Rogers- Foothill Ranch.

 Lin Lu

### Varun A.

From llin2k@yahoo.com
To Gregory_schaeffer@homedepot.com
Today at 11:56 AM

Hi Gregory,

My name is Lu Lin, a customer of Home Depot. I am writing to you regarding Varun A.'s help and services he provided during my visit to Home Depot.

I was looking at the floors at Home Depot for our new construction home, and Varun come to me asked " can I help you?" And he explained to me engineering wood floor vs. vinyl floor, material cost and labor cost, plus promotions Home Depot offers. After he know I have a new construction home, he also helped me with closets, and helped set up an appointment for closet.

I had visited Home Depot for many many times during past years, and Varun is the ONLY employee coming to me and offered helps. All other time is me trying find employees asking for help. That is big difference!!! Varun's motivation as a employee of Home Depot should be recognized!

Best regards,

Lu Lin
7148016669