

August 11, 2023

# CERTIFIED

## Entrepreneurship & Business Coach

*Varun Aggarwal*

This certificate acknowledges completion of advanced life coaching training in strategies for business and entrepreneurship. This certification is offered and endorsed by Transformation Academy™.

*Natalie Rivera, President*
Transformation Academy™

CERTIFIED
ENTREPRENEURSHIP
COACH
—TRANSFORMATION—
ACADEMY

TRANSFORMATION
ACADEMY

The CPD Standards Office

CPD PROVIDER: 50134
2022-2024
www.cpdstandards.com



# CPD/CEU Certificate of Completion & Learning Tool

This is to certify that

## Varun Aggarwal

Has completed the following CPD accredited activity:

### Business and Entrepreneurship Life Coach Certification (20 Credit Hours)

Delivered by:

## TRANSFORMATION SERVICES INC

The CPD Standards Office: Provider No: 50134

Signed:

Natalie Rivera, Director

Date: 08/11/2023

The CPD Standards Office

CPD PROVIDER: 50134
2022-2024
www.cpdstandards.com



# CPD/CEU Certificate of Completion & Learning Tool

This is to certify that

## Varun Aggarwal

Has completed the following CPD accredited activity:

### Goal Success Life Coach Certification (15 Credit Hours)

Delivered by:

## TRANSFORMATION SERVICES INC

The CPD Standards Office: Provider No: 50134

Signed: _____

Natalie Rivera, Director

Date: 02/12/2024



February 12, 2024

**CERTIFIED**

**Goal Success Life Coach**

*Varun Aggarwal*

This certificate acknowledges completion of advanced life coaching training in the specialty of success and goal attainment. This certification is offered and endorsed by Transformation Academy™.

*Natalie Rivera, President*
Transformation Academy™

The CPD Standards Office

CPD PROVIDER: 50134
2022-2024

www.cpdstandards.com



# CPD/CEU Certificate of Completion & Learning Tool

This is to certify that

## Varun Aggarwal

Has completed the following CPD accredited activity:

### Happiness Life Coach Certification (10 Credit Hours)

Delivered by:

## TRANSFORMATION SERVICES INC

The CPD Standards Office: Provider No: 50134

Signed:

Natalie Rivera, Director

Date: 02/08/2024

February 8, 2024

**CERTIFIED**

Happiness
**LIFE COACH**
TRANSFORMATION
—ACADEMY—

TRANSFORMATION
A C A D E M Y

# CERTIFIED

## Happiness
## Life Coach

*Varun Aggarwal*

This certificate acknowledges completion of advanced life coaching training in the specialty of happiness. This certification is offered and endorsed by Transformation Academy™.

*Natalie Rivera, President*
Transformation Academy™

## The CPD Standards Office

CPD PROVIDER: 50134
2022-2024
www.cpdstandards.com



# CPD/CEU Certificate of Completion & Learning Tool

This is to certify that

## Varun Aggarwal

Has completed the following CPD accredited activity:

## Life Purpose Coach Certification (15 Credit Hours)

Delivered by:

## TRANSFORMATION SERVICES INC

The CPD Standards Office: Provider No: 50134

Signed:

Natalie Rivera, Director

Date: 02/10/2024

February 10, 2024



# CERTIFIED

## Life Purpose
## Life Coach

*Varun Aggarwal*

This certificate acknowledges completion of advanced life coaching training in the specialty of life purpose. This certification is offered and endorsed by Transformation Academy™.

*Natalie Rivera, President*
Transformation Academy™



February 12, 2024

# CERTIFIED

## MASTER
## Life Coach

*Varun Aggarwal*

This certificate acknowledges completion of advanced training in life purpose, happiness, goal attainment and coaching methodologies. This certification is offered and endorsed by Transformation Academy™.

*Nattalie Rivera, President*
Transformation Academy™



January 12, 2024



# CERTIFIED

## Professional
## Life Coach

*Varun Aggarwal*

This certificate acknowledges completion of advanced training in life coaching techniques, skills, and processes. This certification is offered and endorsed by Transformation Academy™.

*Natalie Rivera, President*
Transformation Academy™

The CPD Standards Office

CPD PROVIDER: 50134
2022-2024
www.cpdstandards.com



# CPD/CEU Certificate of Completion & Learning Tool

This is to certify that

## Varun Aggarwal

Has completed the following CPD accredited activity:

### Professional Life Coach Certification (25 Credit Hours)

Delivered by:

## TRANSFORMATION SERVICES INC

The CPD Standards Office: Provider No: 50134

Signed: _____

Natalie Rivera, Director

Date: 01/12/2024

# STARTER U

The Brian Hamilton Foundation hereby certifies

Varun Aggarwal

has completed the Starter U online entrepreneurship course on

August 25, 2023



Brian Hamilton
Founder, Brian Hamilton Foundation

BRIAN HAMILTON FOUNDATION
BH