**Varun Aggarwal Upwork Profile & Client Feedback**



Profile can be viewed at https://www.upwork.com/freelancers/yourguidedjourney

1

## Job feedback

### Client's feedback

★★★★★  5.00

*"It was a great coaching session. Varun was detailed oriented and helped me with sales coaching"*

### Overall rating                                                                 5.00

| | | | |
|---|---|---|---|
| Skills | 5.0 | Quality | 5.0 |
| Availability | 5.0 | Deadlines | 5.0 |
| Communication | 5.0 | Cooperation | 5.0 |

## Job feedback

### Client's feedback

★★★★★  5.00

*"Varun was exceptional - he was incredibly professional and willing to answer any questions I had. 10/10"*

### Overall rating                                                                 5.00

| | | | |
|---|---|---|---|
| Skills | 5.0 | Quality | 5.0 |
| Availability | 5.0 | Deadlines | 5.0 |
| Communication | 5.0 | Cooperation | 5.0 |

## Job feedback

### Client's feedback

★★★★★  5.00

*"Varun was very punctual and very prompt throughout the project. He is very knowledgeable and honest in his work"*

### Overall rating 5.00

| | | | |
|---|---|---|---|
| Skills | 5.0 | Quality | 5.0 |
| Availability | 5.0 | Deadlines | 5.0 |
| Communication | 5.0 | Cooperation | 5.0 |

4

## Job feedback

### Client's feedback

★★★★★  5.00

"I had a privilege working with Varun for finance and career coaching. He helped me to understand the psychology behind the money and my financial decisions. We set achievable goals and accomplished so much in a short time. He gave great insights and helped me understand myself and my capabilities in my career field as well. He is very attentive, knowledgeable, smart and professional. He tailors the structure of the sessions according to the client. I loved working with him, and hope to work with him in the future!"

★★★★★  5.00   Jul 21, 2023

"Im so happy to be working with Varun. He is attentive, knowledgeable, and have genuine interest in achieving set goals. Ive been able to progress with my finances and career more than I could've imagined in a short time. He helped me with personal growth as well. Its very exciting and motivating to work with him, appreciate his guidance. I would definitely recommend him!"

## Overall rating                                                                 5.00

| | | | |
|---|---|---|---|
| Availability | 5.0 | Deadlines | 5.0 |
| Skills | 5.0 | Cooperation | 5.0 |
| Quality | 5.0 | Communication | 5.0 |

## Job feedback

## Client's feedback

★★★★★  5.00

*"It has been a great experience working with Varun. He is very knowledgeable and has added value to my career journey."*

★★★★★  5.00   Jul 19, 2023

*"Varun has added so much value in my career path. He provides outstanding coaching services."*

## Overall rating                                                                 5.00

| | | | |
|---|---|---|---|
| Availability | 5.0 | Deadlines | 5.0 |
| Skills | 5.0 | Cooperation | 5.0 |
| Quality | 5.0 | Communication | 5.0 |

## Job feedback

### Client's feedback

★★★★★  5.00

*"Great coach with many different approaches toward success. He is very inspiring and knows how to push you to the next level."*

★★★★★  5.00  Apr 1, 2023

*"Varum is a dedicated professional who has achieved at the highest level. His desire to help you to succeed aligned with his vast experiences of success allows him to translate his knowledge into guided principles for you to succeed."*

| Overall rating | | | 5.00 |
|---|---|---|---|
| Availability | 5.0 | Deadlines | 5.0 |
| Skills | 5.0 | Cooperation | 5.0 |
| Quality | 5.0 | Communication | 5.0 |

## Job feedback

### Client's feedback

★★★★★  5.00

*"This is my second time hiring Varun to enhance my sales process. Through our meeting we were able to develop a highly effective process. He helped me come up with a process that was data driven and that I can visualize better. His coaching included accountability that kept me on track. I am happy to say that I was able to achieve my sales goals and I am well on my way to president's club. I would highly recommend Varun."*

★★★★★  5.00   Jul 10, 2023

*"This is my second time hiring Varun to enhance my sales process. Through our meeting we were able to develop a highly effective process. He helped me come up with a process that was data driven and that I can visualize better. His coaching included accountability that kept me on track. I am happy to say that I was able to achieve my sales goals and I am well on my way to president's club. I would highly recommend Varun."*

### Overall rating                                                                                    5.00

| | | | |
|---|---|---|---|
| Availability | 5.0 | Deadlines | 5.0 |
| Skills | 5.0 | Cooperation | 5.0 |
| Quality | 5.0 | Communication | 5.0 |

## Job feedback

### Client's feedback

  5.00

*"I reached out to Varun to get ideas on coming up with a sales process that would help continue my sales success. My success up to this point were a combination of working the accounts and luck. But I wanted to come up with a proven process. Varun's help was invaluable. From the very beginning he helped me establish what true success looked like. I am happy to say that the strategy that he helped me with are strategic, logical and has proven to be a key to my continued success in this second quarter so far. I am now selling with data of what has worked. I then use this data to adjust as needed to increase sales. I am looking forward to working with him again."*

### Overall rating                                                      5.00

| | | | |
|---|---|---|---|
| Skills | 5.0 | Quality | 5.0 |
| Availability | 5.0 | Deadlines | 5.0 |
| Communication | 5.0 | Cooperation | 5.0 |

## Job feedback

### Client's feedback

★★★★★  5.00

*"Nice consultation, went over the defined time and answered all the questions!"*

| Overall rating | | | 5.00 |
|---|---|---|---|
| Skills | 5.0 | Quality | 5.0 |
| Availability | 5.0 | Deadlines | 5.0 |
| Communication | 5.0 | Cooperation | 5.0 |

## Job feedback

### Client's feedback

★★★★★  5.00  Jun 6, 2023

*"Working with Varun has been a great experience. He is quick on deliverables and getting back to your messages. His insights were very helpful in our proposal process. Will definetly continue to work with Varun and would reccomend."*

### Overall rating — 5.00

| | | | |
|---|---|---|---|
| Availability | 5.0 | Deadlines | 5.0 |
| Skills | 5.0 | Cooperation | 5.0 |
| Quality | 5.0 | Communication | 5.0 |