

*1861 Reynolds Avenue, Irvine, CA 92614*
Website: www.mandir.ws    E-Mail: mandir@mandir.ws    Phone: 949-222-2283
IRS Approved Non-Profit 501(c) (3) Religious Public Corporation
**Irvine Hindu Mandir is for, by and of the devotees. 100% of all contributions go to the Mandir and not to any Individual**

February 20, 2024

Varun Aggarwal
29 Royal Grove
Irvine, CA 92620

Dear Varun,

I hope this letter finds you in good spirits. I am pleased to confirm that you have completed a remarkable total of 786 hours of volunteer work at Mandir since November 2022. Your commitment to dedicating 12 hours each week is truly commendable. It's worth noting that your contribution would undoubtedly be even more substantial if we were to consider the time you generously devoted before November 2022 which we estimate to be approximately 545 hours since January 2020.

Your enthusiasm, positivity, and tireless efforts have made an incredible impact on our organization and the community we serve. It is evident that you possess a rare combination of passion and selflessness that truly sets you apart.

Your willingness to go above and beyond the call of duty has not gone unnoticed. Whether it's lending a helping hand during events and prayers, offering support to those in need, or tirelessly working behind the scenes to ensure everything runs smoothly, your contributions have been nothing short of remarkable.

Beyond your tangible contributions, your positive attitude and genuine care for others have helped create a welcoming and inclusive environment for everyone involved. Your infectious energy has uplifted spirits and inspired those around you to strive for excellence.

As we reflect on all that you have accomplished during your time as a volunteer, please know that your efforts have not only made a difference in the lives of those we serve but have also left a lasting impression on each member of our team. Your dedication serves as a shining example of the power of kindness and compassion, and we are truly grateful to have you as part of our organization.

On behalf of everyone at Mandir, thank you for your unwavering commitment and for being an extraordinary role model for us all. We are immensely proud to have you as a member of our volunteer team, and we look forward to continuing our journey together, making a positive impact on the lives of others.

With deepest appreciation and warmest regards,

Deepak Sharma

*[signature]*

PRESIDENT
President@Mandir.ws



February 7, 2024

Varun Aggarwal
29 Royal Grove
Irvine, CA 92620

Dear Mr. Aggarwal:

On behalf of our team at the Prison Professors Charitable Corporation, I extend our gratitude. We're grateful for the scores of hours you've spent volunteering with us. We've taken the lesson plan you created and formatted the lesson for distribution in jails and prisons across America.

- https://prisonprofessors.com/success-after-prison-master-class-varun/ (PW: Master)

We'll also use your lesson plan as a resource for the training we do to help formerly incarcerated people transition into the labor market. Through our program, more than 100,000 people in jails and prison will have access to your course.

You've been honest in speaking with us about the remorse you feel for your crime, and your hopes to contribute to society in ways to make amends. We also know that you face a sentencing hearing. Although we understand that a judge will have complete discretion, it's our hope that opportunities exist for community service as an alternative to incarceration. If so, we hope that you would consider serving our nonprofit.

We appreciate the time, energy, and support you've given to our program. If authorities will authorize, we would be grateful if you could continue working with us while you're serving your sanction.

To confirm, we're an IRS approved 501c3 with the following identification number:

» Prison Professors Charitable Corporation
» IRS Number: 85-2603315



**Prison Professors Charitable Corporation / 501c3 / IRS #: 85-2603315**
**32565 Golden Lantern Street, B-1026 / Dana Point, CA 92629**
**www.PrisonProfessors.org**

Since 2009, our team has worked to build safer communities. We create programs to teach and inspire people in prison, at-risk youth, and we open employment opportunities for formerly incarcerated people. Your background as a job creator helps our mission in meaningful ways, and makes a huge impact on the people we serve.

Thank you for the time you devoted to help us develop a self-directed learning course for vulnerable populations. People who enroll in our program will benefit from the contributions you've made. Your efforts will go a long way toward building safer communities, and to improving opportunities for participants to live as contributing, law-abiding citizens.

Administrators in jails and prisons have tasked us with creating new coursework specifically for people in jails and prisons. Those people have a particularly difficult time finding employment because of their criminal history. Our entire society benefits when leaders like you provide guidance in job training.

We appreciate your offer to continue helping us develop coursework that we distribute. As we discussed, in addition to creating new digital coursework, we need assistance with:

» Creating more teaching lessons for people in jails and prisons, and for the employment training programs we're creating.

People in prison are more in need than ever for the self-directed digital content we provide. Please continue with your contributions to helping us develop additional lesson plans that we can use to help others. To confirm what we've discussed during our conversations, the following agencies use our digital learning programs:

» Every state prison in the state of California
» United States Penitentiary, Atwater, CA
» Federal Correctional Institution, Victorville, CA
» United States Penitentiary, Florence, CO
» Federal Holding Center, Mecklenburg County Jail
» Edovo Tablets

We could not make this impact on society without your contributions.

When the time comes for you to interact with a probation officer, please show the contributions you've helped us create. We create new digital content every day. Some of the specific projects we could use assistance with, in addition to the work you've already completed, include:

» Developing new coursework to teach more people from vulnerable populations, especially young men and women.
» Helping to coordinate regular mailing to jail and prison administrators.
» Identifying potential employers that will participate with our educational programming.
» Content management for the coursework we create.



**Prison Professors Charitable Corporation / 501c3 / IRS #: 85-2603315**
**32565 Golden Lantern Street, B-1026 / Dana Point, CA 92629**
**www.PrisonProfessors.org**

We will be grateful for any amount of time that you can devote to this project. While serving your sanction, we will benefit from your continued leadership.

As soon as you have clarity with regard to your availability, please let us know. We will begin assigning tasks and measuring hours. To complete these tasks, you will work remotely, so you will need access to a telephone and a computer with Internet connectivity.

Thank you, again, for the time you've donated to the Prison Professors Charitable Corporation.

We appreciate your generous contribution.

Sincerely,

*Michael Santos*

Michael Santos,
Michael@PrisonProfessors.com

Director, Prison Professors Charitable Corporation
Cell: 415-419-1728