

# Problem Gambling, Gambling-Motivated Crime & Gender

Dr. Michelle L. Malkin
malkinm20@ecu.edu

# So, what do I mean by "Gambling-Motivated Crime"?

- Primarily **non-violent, financial crimes** that are committed in order to pay off gambling debts and/or continue gambling
  - While there may be some problem gamblers who commit other types of crimes, the prevailing type of offense by problem gamblers are **acquisitive (or monetary)** in nature (Adolphe et al., 2018)
- The most common types of gambling-motivated crimes are embezzlement, larceny, theft, robbery, and counterfeit currency
- Most often committed against **family, friends, or employers**
  - Are seen as crimes of **trust**

- Gambling is the second most frequent motivation for serious fraud prosecutions

© Michelle L. Malkin, 2022

# This has been supported by a recent Meta-Analysis of all studies of gambling-motivated crime

"…gambling related crime is likely often a product of gambling itself, intended to accumulate further funds to gamble, recoup financial shortfalls, or conceal the individual's gambling from others"

(Adolphe et al., 2018, p.410)

**Crime and Gambling Disorders: A Systematic Review**

A. Adolphe[1] · L. Khatib[2] · C. van Golde[1] · S. M. Gainsbury[3] · A. Blaszczynski[3]

Published online: 23 July 2018
© Springer Science+Business Media, LLC, part of Springer Nature 2018

"the gambling-crime relationship cannot be explained by financial motivations alone" (Adolphe et al., 2018, p.410)

(c) Michelle L. Malkin, 2022

**Why problem gamblers** commit **gambling-motivated crimes:**

Gambling produces a cycle of addiction wherein gamblers acquire debt from gambling and must then gamble to earn money to pay off these debts while remaining stuck in this pattern and unable to desist resulting in gambling-motivated crimes



© Michelle L. Malkin, 2022

# Prevalence of these crimes

- Among gamblers seeking help for their addiction, studies consistently reveal that **approximately half of gamblers seeking help** self-report commission of a crime to keep gambling and/or pay off gambling debts (Binde, 2016; Blaszczynski, McConaghy, & Frankova, 1989; Zorland et al., 2008)

- The **more severe the gambling addiction**, the more likely the individual will commit a gambling-motivated crime (Zorland et al., 2008)

- As many as **two-thirds of the most severe compulsive gamblers** commit crimes (Blaszczynski, McConaghy, & Frankova, 1989; Lesieur, 1998; Zorland et al., 2008)

- Majority of people committing gambling-motivated crimes face **no criminal sanctions**

© Michelle L. Malkin, 2022

- Majority of people committing gambling-motivated crimes face **no criminal sanctions**

- Significant changes regarding gambling motivated crime in the **DSM 5**

  - Removal of "commission of illegal activity in order to gamble or pay gambling debts" as diagnostic because it is **a natural progression of the disorder**

© Michelle L. Malkin, 2022





Borrowing money to gamble is the largest predictor for commission of crime by a problem gambler (4x more likely)

Which Crimes are Most Likely to Lead to Conviction?

Embezzlement (8x more likely) or taking out a credit card in someone else's name (5.5x more likely) are the biggest predictors for arrest & convictions

(Other types of gambling-motivated crimes are much less likely to result in arrest/conviction; however, that does not mean a client will not be accused, arrested or convicted for such crimes.)

© Michelle L. Malkin, 2022

# Issues in the Criminal Justice System

| | | | |
|---|---|---|---|
| Understanding problem gambling | Do not assess for gambling problems | No understanding of G.A. | Not treated like other addictions |
| Lack of diversion programs/courts | Lack of programming for problem gambling | Often high restitution that cannot get paid | Correctional personnel not trained |
| More severe sentences | Gambling within jails/prisons | Lower chances of employment | Develop into problem gamblers in prison |

© Michelle L. Malkin, 2022

# Often clients want to know <u style="color:red">WHY</u> they committed a crime as it was not in their "nature"

Consider explaining how problem gambling addiction affects the brain:



Centre for Gambling Research at UBC (2017)

© Michelle L. Malkin, 2022



Holden (2010)

© Michelle L. Malkin, 2022



"Several similarities between drug abuse and gambling effects on one's brain and responses given by brains of several addicts to many cues. Gambling and drugs activate reward systems in the brain in a similar manner."

"People with addiction disorders have underactive reward systems in the brain. These people choose other ways for stimulating reward pathways that include gambling and drug-fueled highs."

© Michelle L. Malkin, 2022

"20 percent of gambling addicts attempt suicide, the highest percentage of all addictions" (Hedges, 2019).

------------------------------------------------

Always assess for **suicidality**, as it is likely that those that commit a gambling-motivated crime are also more likely to be considering suicide…



© Michelle L. Malkin, 2022